**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN JAMES JENSEN,<br><br>          Petitioner,<br><br>vs.<br><br>RANDY GROUNDS, (A) Warden of Correctional Training Facility, Soledad, California,<br><br>          Respondent. | Case No. CV-10-00542 LHK<br><br>**ORDER GRANTING PETITIONER'S UNOPPOSED EX PARTE APPLICATION FOR EXTENSION OF TIME** |

**IT IS SO ORDERED**.

    For good cause shown, Petitioner is permitted to file his Traverse no later than January 14, 2011.

DATED: November 30, 2010

*Lucy H. Koh*

HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE